SO ORDERED: February 14, 2007.

_____
Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOY DIANA ATKINS | ) | CASE NO. 06-06547-AJM-7A |
| | ) | |
| Debtor | ) | |

## ORDER GRANTING TRUSTEE'S MOTION
## FOR TURNOVER OF ASSETS BY DEBTOR

The Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 19, 2006. Richard E. Boston (the "Trustee") was appointed the interim chapter 7 trustee. Among the assets listed on Schedule B was a "bank account" in the amount of $3900.00 (the "Funds"). The Trustee has moved for turnover of the Funds to which the Debtor objected on the basis that they were student loans that were directly deposited into the Debtor's bank account. That bank account was later "frozen" by virtue of an order obtained by Ford Motor Credit with respect to litigation pending against the Debtor and were "unfrozen" only upon the filing of the

1

bankruptcy. The Debtor maintained that the student loan character of the Funds prevented them from being turned over to the Trustee.

Hearing on the Trustee's motion for turnover and the Debtor's objection was held on January 22, 2007 wherein the Trustee appeared in person and the Debtor appeared in person and by counsel, William Kuntz. At the conclusion of the hearing, the Court took the matter under advisement and allowed Debtor's counsel the opportunity to submit legal authority as to why the funds should not be turned over. The Court has received no legal authority and is not aware of any legal or statutory authority that holds that the Funds would not otherwise be property of the bankruptcy estate, subject to administration by the Trustee.

Accordingly the Court GRANTS the Trustee's motion for turnover and ORDERS that $3900.00 be turned over to the Trustee within thirty (30) days of the date of this order.

# # #

Distribution:

Attorney for Debtor
Chapter 7 Trustee
United States Trustee